Robert SATIACUM et al., Appellants,

v.

George KINNEAR, etc., et al., Appellees.

No. 74–1121.

United States Court of Appeals, Ninth Circuit.

Aug. 31, 1976.

Jack E. Tanner (argued), Tacoma, Wash., for appellants.

James A. Furber (argued), Tacoma, Wash., for appellees.

ON MOTION FOR REHEARING

Before ELY and HUFSTEDLER, Circuit Judges, and TAYLOR,* District Judge.

Our prior Opinion of June 19, 1975, is withdrawn. On rehearing, the judgment is affirmed. *Moe v. Confederated Salish and Kootenai Tribes of Flathead Reservation,* 425 U.S. 463, 96 S.Ct. 1634, 48 L.Ed.2d 96 (1976).

---

* Honorable Fred M. Taylor, United States District Judge, District of Idaho, sitting by designation.